UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHEILA PINSKI                                          JURY TRIAL DEMANDED

v.                                                              CASE NO.  3:14CV

FIRSEL LAW GROUP, LTD.
BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15 LLC

## COMPLAINT

1. This is an action for relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331, §1367.

3. Plaintiff is an individual whose address is in East Haven Connecticut, according to defendant's records.

4. Plaintiff is a consumer within the meaning of the FDCPA, in that she had a personal credit card account with Capital One Card Services, Inc. used for normal family purchases that defendants claimed they were authorized to collect.

5. Defendant Bureaus buys consumer debt for pennies on the dollar with the intention of collecting thereon.

6. Bureaus purported to have bought plaintiff's Capital One account and thereafter engaged in direct or indirect collection efforts.

7. Bureaus engaged Firsel, a licensed Connecticut Consumer Collection Agency, to collect on its behalf.

8. Bureaus participated in drafting Firsel's form collection letters, or adopted, ratified and approved their use.

9. Bureaus is licensed as a Consumer Collection Agency (debt buyer) by the

Banking Department of the State of Connecticut.

10. Each Defendant regularly collects debts for creditors using the mail and other means of interstate commerce.

11. Defendants' form letter of December 6, 2013 sent to plaintiff falsely claims that interest, late fees, and other charges may be added to her Capital One credit card account.

12. The Capital One account was beyond the contractually applicable statute of limitations, which defendants did not disclose in their mailings to plaintiff.

13. In the course of its collection, defendants violated §1692e, or -f.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and further relief as law or equity may provide, including injunctive relief.

                THE PLAINTIFF

                BY____/s/ Joanne S. Faulkner___
                JOANNE S. FAULKNER ct04137
                  123 Avon Street
                  New Haven, CT 06511-2422
                  (203) 772-0395
                  j.faulkner@snet.net